MI

COPY

FILED BY _____ D.C.

05 MAY 23 PM 12: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

2005 MAY 20  AM 8: 41

**UNITED STATES OF AMERICA,**
**Plaintiff,**

v.                                                                    NO. 04-20478-MI

**ANTONIO OWENS,**
**Defendant.**

*MOTION GRANTED*
*Reset for Report*
*on July 22, 2005*
*Time excluded*

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

*Jon P. McCalla*

*May 23 2005*
DATE

---

## MOTION TO CONTINUE REPORT DATE

---

Defendant Antonio Owens, by and through counsel Juni S. Ganguli, respectfully requests a continuance of the report date in this case. The report date is currently set for May 27, 2005.

In support thereof, Defendant would show the following:

1.      Mr. Owens is cooperating with law enforcement in a complex state court matter.

2.      The cooperation is ongoing, and may impact a future plea agreement.

3.      Counsel for the United States, Katrina Earley, has no objection to this request.

4.      Defendant would request that the case be continued for sixty days.



Respectfully submitted,

JUNI S. GANGULI (TN 018659)
Attorney for Defendant Antonio Owens
40 South Main Street, Suite 1540
Memphis, TN 38103
(901) 544-9339

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been delivered to all interested parties on this the 20th day of May, 2005.

Juni S. Ganguli

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in
case 2:04-CR-20478 was distributed by fax, mail, or direct printing on
May 26, 2005 to the parties listed.

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT