# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff.

vs.

ANTONIO OWENS,
Defendant.

No. 04-20478-MI

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

MOTION GRANTED
Continued to Oct. 28, 2005 at 9:00 AM
July 21 2005

## MOTION TO CONTINUE REPORT DATE

Comes now Antonio Owens, by and through counsel, Juni S. Ganguli, and respectfully requests this Honorable Court for a continuance of the report date in this case. The report date is currently July 22, 2005. In support, Mr. Owens would submit the following:

1. Mr. Owens is cooperating with law enforcement in a complex state court matter.

2. The cooperation is ongoing, and may impact a future plea agreement.

3. Counsel for the United States, Katrina Earley, has no objection to this request.

4. Defendant would request that the case be continued for ninety days.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-21-05

Respectfully submitted,


_____
JUNI S. GANGULI (018659)
Attorney for Defendant
40 South Main Street, Suite 1540
Memphis, Tennessee 38103
(901) 544-9339


## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via hand delivery or by placing the same in the United States Mail, postage prepaid this the 20th day of July, 2005.


_____
JUNI S. GANGULI

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CR-20478 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT