# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

VS.                                                      NO: 04-20478-MI

ANTONIO OWENS,
   Defendant.

*MOTION GRANTED*
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Oct. 24, 2005

## MOTION TO CONTINUE REPORT DATE

COMES NOW Defendant Antonio Owens, by and through his attorney of record, and respectfully moves this Honorable Court to continue the report date that is set in his case. The report date is currently set for October 28, 2005. In support thereof, Mr. Owens would show the following:

1. Mr. Owens is cooperating with law enforcement in a complex state court matter.

2. Counsel has spoken with the prosecutors representing the State of Tennessee regarding that matter, and has learned that the tentative trial date has been set for April 2006.

3. The State of Tennessee intends to speak extensively with Defendant prior to trial.

4. Mr. Owens' involvement may impact any potential plea agreement in this case.

5. Counsel would respectfully request that this case be continued for ninety additional days.

6. Counsel for the United States of America, Katrina U. Earley, has no objection to this request.

Respectfully submitted,

Juni S. Ganguli (TN 018659)
Attorney for Defendant
40 South Main Street, Suite 1540
Memphis, TN 38103
(901) 544-9339

## CERTIFICATE OF SERVICE

I, Juni S. Ganguli, attorney for Defendant, do hereby certify that a copy of the foregoing document has been forwarded to Assistant United States Attorney Katrina Earley, Office of the United States Attorney, 167 North Main Street, Suite 800, Memphis, Tennessee, on this the 24th day of October, 2005.

Juni S. Ganguli

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CR-20478 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT